# EXHIBIT A

|  | IN THE CIRCUIT COURT OF THE 19TH JUDICIAL CIRCUIT IN AND FOR INDIAN RIVER COUNTY, FLORIDA |
|---|---|
| **LAURIE DUNCAN,** | GENERAL JURISDICTION DIVISION |
| Plaintiff, | CASE NO.: 312022CA000021XXXXXX |
| vs. | FLORIDA BAR NO.: 141003 |
| **WAL-MART STORES EAST, LP.** | |
| Defendant. _____/ | |

## COMPLAINT

COMES NOW the Plaintiff, **LAURIE DUNCAN**, by and through the undersigned attorney and sues the Defendant, **WAL-MART STORES EAST, LP.** *(hereinafter referred to as "WALMART")* and alleges:

1. This is an action for damages in excess of Thirty Thousand Dollars and One Cent ($30,000.01) exclusive of attorney's fees, interest and costs and therefore, within the jurisdiction of this Court.

2. That at all times material hereto, the Plaintiff, **LAURIE DUNCAN**, was and is a resident of Alcoa, Blount County, Tennessee and is otherwise sui juris.

3. That at all times the Defendant, **WALMART** is licensed to and was doing business in Sebastian, Indian River County, Florida.

**COUNT I –
NEGLIGENCE AGAINST WALMART**

4. The Plaintiff, **LAURIE DUNCAN**, readopts and re-alleges paragraphs one through three as if fully set forth herein.

5. That at all times material hereto, the Defendant, **WALMART**, owned, operated, was responsible for, controlled and otherwise maintained the premises known as the "Walmart Super Center" including its Auto Care Center located at 2001 US Highway #1, Sebastian, Florida 32958 (Store #1068).

6. That on or about September 6, 2020, the Plaintiff, **LAURIE DUNCAN**, entered into and upon the Defendant, **WALMART's**, Auto Care Center store in order to obtain a vehicle oil change and therefore, was an invitee lawfully on the Defendant's property.

7. That upon entering the Defendant, **WALMART's** Auto Care Center, the Plaintiff, **LAURIE DUNCAN**, stepped on and slipped upon both water and oil left on the floor of the Defendant's store.

8. That the Defendant, **WALMART**, negligently maintained the floors of its premises including but not limited to its Auto Care Center by allowing a transitory substance and/or water and oil, to exist in such a manner that those on the property such as the Plaintiff, **LAURIE DUNCAN** would foreseeably be caused to slip on same and sustain injuries.

9. That at all times material hereto, the Defendant, **WALMART**, had a legal duty, including but not limited to the following:

    a. To maintain its store including its Auto Care Center and its floors in a safe condition and keeping it free of a dangerous substances and/or transitory substances;

      b.      To use reasonable care in keeping the subject premises and its Auto Care Center floors free of any hazardous conditions and slipping hazards known to exist;

      c.      Failing to warn the Plaintiff of any dangerous conditions and slipping hazards on the subject property;

      d.      Failing to inspect its Auto Care Center and floors and keep them in a safe condition and keeping them free of any slipping hazards.

10. That the negligent condition to wit: a transitory substance and/or water and oil was/were known to the Defendant, **WALMART,** or had existed for a sufficient length of time such that the Defendant should have known of it. Alternatively, the Defendant, **WALMART,** caused the dangerous, slipping condition.

11. Further, at all times material hereto the Defendant, **WALMART**, owed a duty to warn the Plaintiff, **LAURIE DUNCAN** of the dangerous condition described herein and failed to do so.

12. That as a direct and proximate result of the Defendant, **WALMART's,** negligence, the Plaintiff, **LAURIE DUNCAN,** was injured in and about her body and extremities, suffered pain therefrom, disability mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, incurred medical expenses in the treatment of her injuries, suffered physical handicap and her working

ability was impaired and his injuries are either permanent or continuing in nature and the Plaintiff, **LAURIE DUNCAN**, shall suffer these losses and impairments in the future.

**WHEREFORE**, the Plaintiff, **LAURIE DUNCAN**, demands judgment against Defendant, **WAL-MART EAST STORES, LP.,** in excess of the jurisdictional limits; compensatory damages; any and all taxable costs; such other relief as this Court deems just and proper, including a Trial by jury of all issues so triable.

### DEMAND FOR JURY TRIAL

Plaintiff, **LAURIE DUNCAN,** demands a Trial by jury on all issues so triable as a matter of right.

**DATED** this 13th day of January, 2022.

> **BERNSTEIN AND MARYANOFF**
> *Attorneys for Plaintiff*
> 15055 S.W. 122nd Avenue
> Miami, Florida 33186
> Telephone: (305) 252-6700 extension 228
> Facsimile: (305) 252-6715
>
> By: _____/S/_____
> Brian D. Glatzer
> Bdglatzer@bellsouth.net
> jtaylor@911injured.com